IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL CASE NO. 2:12cv17

| | |
|---|---|
| MICHAEL ROMESBERG, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____) | ORDER OF REMAND |

**THIS MATTER** is before the Court on the Defendant's Motion for Judgment on the Pleadings [Doc. 10] and the Defendant's Assented to Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. Section 405(g) with Reversal and Remand of the Case to the Defendant [Doc. 16].

Sentence Four of 42 U.S.C. §405(g) provides, in pertinent part, that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." The parties here have moved for reversal of the decision of the Defendant and for remand for further administrative proceedings.

Specifically, the parties seek remand for a new hearing and the oppostunity to submit additional evidence.

Upon remand to the Commissioner, the Appeals Council shall instruct the administrative law judge (ALJ) to: (1) re-address the Plaintiff's impairment of urinary incontinence; (2) determine the limiting effects of this impairment; (3) further evaluate the Plaintiff's subjective complaints, considering the factors set forth in Social Security Ruling 96-7p; (4) reconsider the Plaintiff's residual functional capacity; (5) further evaluate opinion evidence from the treating, examining and non-examining sources; (6) obtain supplemental vocational expert testimony; and (6) if warranted, determine whether there are a significant number of jobs in the national economy that the Plaintiff can perform. Upon the completion of these directives, the ALJ shall issue a new decision. The Court finds remand is appropriate. <u>Melkonyan v. Sullivan</u>, 501 U.S. 89, 111 S.Ct. 2157, 115 L.Ed.2d 78 (1991).

## ORDER

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Summary Judgment [Doc. 10] is hereby **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Defendant's Motion for Judgment on the Pleadings [Doc. 16] and the Defendant's Assented to

Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. Section 405(g) with Reversal and Remand of the Case to the Defendant [Doc. 16] is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the decision of the Commissioner of Social Security is hereby **REVERSED** and the case is hereby **REMANDED**.

**IT IS FURTHER ORDERED** that upon remand, the Commissioner shall comply with the directives contained within this Order.

The Clerk of Court shall enter separate Judgment of Remand simultaneously herewith. The Clerk of Court is notified that this is a final judgment closing the case.

Signed: January 24, 2013

Martin Reidinger
United States District Judge